AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### Western District of Texas

| | |
|---|---|
| United States of America<br>v.<br><br>JESUS LEYVA-ARJONA<br>*Defendant* | )<br>)<br>)  Case No. SA-19-MJ-588<br>)<br>) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   JESUS LEYVA-ARJONA,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. 1029(a)(4) Fraud and Related Activity in Connection with Access Devices: Possession of Device Making Equipment

Date: 5/22/2019

*Issuing officer's signature*

City and state:   SAN ANTONIO, TX

RICHARD B. FARRER, U.S. MAGISTRATE JUDGE
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 6.12.19 , and the person was arrested on *(date)* 5.30.19
at *(city and state)* San Antonio, TX

Date: 6.12.19

USSS
*Arresting officer's signature*

by Charla Mora USMS IRS
*Printed name and title*

Filed 2019 JUN 26 PM 2:09
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK
5:19-CR-420

U.S. MARSHALS RECEIVED JUN 12 2019 SAN ANTONIO, TX ENFORCEMENT SECTION