# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | | |
|---|---|---|
| USA | § § § | |
| vs. | § | NO: SA:19-CR-00420(1)-FB |
| (1) Jesus Leyva-Arjona | § § § | |

## ORDER RESETTING SENTENCING

On this day came on to be considered Defendant's Unopposed Motion to Continue Sentencing scheduled for *January 23, 2020*. Upon consideration, the Court is of the opinion that the Motion be granted.

It is hereby ORDERED that Defendant's Unopposed Motion to Continue Sentencing *(doc. no. 37* ) is **GRANTED.**

It is FURTHER ORDERED that the above entitled and numbered cause is rescheduled for **March 5, 2020 at 9:30** in Courtroom Number 2, First Floor of the John H. Wood, Jr., United States Courthouse, 655 E. Cesar E Chavez Boulevard, San Antonio, Texas.

Signed this 21st day of January, 2020.

FRED BIERY
UNITED STATES DISTRICT JUDGE